UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHLEEN ROCHE, D.C., d/b/a/ BACK DOCTORS, LTD., individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL MANAGED CARE, INC., LIBERTY MUTUAL INSURANCE COMPANY, and LIBERTY MUTUAL FIRE INSURANCE COMPANY d/b/a/LIBERTY MUTUAL,<br><br>    Defendants. | Case No. 07-cv-331-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**Justine M. Flanagan, Acting Clerk**

**Dated: March 13, 2009**          **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**